# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | | |
|---|---|---|
| **DAVID SHUMATE** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 3:18cv68-HSO-LRA |
| | § | |
| **ELAINE L. CHAO, SECRETARY,** | § | **DEFENDANT** |
| **UNITED STATES DEPARTMENT** | § | |
| **OF TRANSPORTATION** | § | |

## **FINAL JUDGMENT OF DISMISSAL**

THIS CAUSE came before the Court on August 11 through August 12, 2020, for trial without a jury. After consideration of the arguments of counsel, the testimony and exhibits, the record and all relevant legal authorities, and for the reasons more fully stated in this Court's Findings of Fact and Conclusions of Law read into the record at the conclusion of trial, which are incorporated herein by reference, and pursuant to the Court's pervious Order [50] and Federal Rules of Civil Procedure 52 and 58,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 12th day of August, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE